1   MELINDA HAAG (CABN 132612)
    United States Attorney
2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   ANN MARIE URSINI (CABN 269131)
    Special Assistant United States Attorney
5        150 South Almaden Boulevard, Suite 900
         San Jose, California 95113
6        Telephone: (408) 535-5588
         Facsimile: (408) 535-5037
7        annmarie.ursini@usdoj.gov

8   Attorneys for the United States

**FILED**

FEB 28 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 11-71183 PSG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER TO DISMISS COMPLAINT |
| RAFAEL HERNANDEZ-GARCIA, | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

Upon application of the United States, and good cause having been shown therefor, **IT IS HEREBY ORDERED** that the above-captioned Complaint is DISMISSED WITHOUT PREJUDICE.

DATED: 2/28/2012

PAUL S. GREWAL
United States Magistrate Judge